UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**Dahl Automotive Onalaska Inc.**
**dba Dahl Lincoln**
**561 Theater Road**
**Onalaska, WI 54650**

**Garbo Motor Sales, Inc.**                                Case No. 20cv932
**dba Garbo Lincoln**
**3077 Douglas Avenue**
**Racine, WI 53402**

**Griffin Ford Lincoln Fort Atkinson, Inc.**
**1642 Janesville Avenue**
**Fort Atkinson, WI 53538**

**Jim Olson Ford Lincoln, LLC**
**440 South Duluth Avenue**
**Sturgeon Bay, WI 54235**

**Kayser Ford, Inc., dba Kayser Lincoln**
**2303 West Beltline Highway**
**Madison, WI 53713**

**Kunes Country Ford-Lincoln, Inc.**
**1234 East Geneva Street**
**Delavan, WI 53115**

**Lidtke Motors, Inc.**
**701 Park Avenue**
**Beaver Dam, WI 53916**

**The Motor Company, Inc.**
**dba Lincoln of Marinette**
**W1680 US Highway 41**
**Marinette, WI 54143**

**Uptown Motors, Inc.**
**2111 N. Mayfair Road**
**Milwaukee, WI 53226**

**V & H Automotive, Inc.**
**2414 North Central Avenue**
**Marshfield, WI 54449**

**Y & D Corp.**
**dba Dorsch Lincoln**
**2641 Eaton Road**
**Green Bay, WI 54311,**

      **Plaintiffs,**

**v.**

**Ford Motor Company**
**dba Lincoln Motor Company**
**One American Road**
**Dearborn, Michigan 48126,**

      **Defendant.**

## COMPLAINT

The above-named plaintiffs complain against the defendant as follows:

### OVERVIEW OF THIS ACTION

1. Each of the plaintiffs in this action is a motor vehicle dealer enfranchised by the defendant Ford Motor Company dba Lincoln Motor Company ("Lincoln") to sell and service Lincoln passenger cars and light trucks ("vehicles"). The plaintiffs' franchises include the right to buy vehicles from Lincoln for resale. Under the terms of their dealer agreements with Lincoln, the plaintiffs pay an invoice price per vehicle that is established by Lincoln, but are eligible to receive a certain amount, which Lincoln refers to as "margin," back from Lincoln after the vehicle has been sold. The amount of "margin" that a dealer receives is equal to a percentage of the vehicle's manufacturer's suggested retail price ("MSRP") and effectively reduces the net price that the dealer pays for the vehicle. From 2012 until July of this year, the maximum margin that a dealer was eligible to receive per vehicle purchased and resold was

2