# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

DAHL AUTOMOTIVE ONALASKA, INC.,
*et al.*,
                    Plaintiffs,

v.

FORD MOTOR COMPANY, DBA
LINCOLN MOTOR COMPANY
                    Defendant.

Case No. 20-cv-932-jdp

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs move the Court, the Honorable James D. Peterson presiding, for summary judgment pursuant to Fed. R. Civ. P 56 on the first four claims of their First Amended Complaint (Dkt. 23.); summary judgment on the fifth claim of their First Amended Complaint or, in the alternative, summary judgment on the sixth claim of their proposed Second Amended Complaint; and partial summary judgment on the sixth claim of their First Amended Complaint (Dkt. 31-1.), or, in the alternative, summary judgment on the eighth claim of their proposed Second Amended Complaint. The motion is based on the file in this case and is supported by the declarations, the brief, and the proposed findings of fact that accompany it.

Dated:  November 11, 2021

BOARDMAN & CLARK LLP
By:

*/s/ Paul R. Norman*
Paul R. Norman – State Bar No. 1013662
Sarah J. Horner – State Bar No. 1113185
1 S. Pinckney St., Ste. 410, P.O. Box 927
Madison, WI  53701-0927
P: (608) 257-9521
pnorman@boardmanclark.com
shorner@boardmanclark.com
*Attorneys for Plaintiffs*