```
```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**Dahl Automotive Onalaska Inc.**
**dba Dahl Lincoln**
**561 Theater Road**
**Onalaska, WI 54650**

**Garbo Motor Sales, Inc.**                                   Case No. 20-cv-932-jdp
**dba Garbo Lincoln**
**3077 Douglas Avenue**
**Racine, WI 53402**

**Griffin Ford Lincoln Fort Atkinson, Inc.**
**1642 Janesville Avenue**
**Fort Atkinson, WI 53538**

**Jim Olson Ford Lincoln, LLC**
**440 South Duluth Avenue**
**Sturgeon Bay, WI 54235**

**Kayser Ford, Inc., dba Kayser Lincoln**
**2303 West Beltline Highway**
**Madison, WI 53713**

**Kunes Country Ford-Lincoln, Inc.**
**1234 East Geneva Street**
**Delavan, WI 53115**

**Lidtke Motors, Inc.**
**701 Park Avenue**
**Beaver Dam, WI 53916**

**The Motor Company, Inc.**
**dba Lincoln of Marinette**
**W1680 US Highway 41**
**Marinette, WI 54143**

**Uptown Motors, Inc.**
**2111 N. Mayfair Road**
**Milwaukee, WI 53226**

**V & H Automotive, Inc.**
**2414 North Central Avenue**
**Marshfield, WI 54449**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**Dahl Automotive Onalaska Inc.**
**dba Dahl Lincoln**
**561 Theater Road**
**Onalaska, WI 54650**

**Garbo Motor Sales, Inc.**                             Case No. 20-cv-932-jdp
**dba Garbo Lincoln**
**3077 Douglas Avenue**
**Racine, WI 53402**

**Griffin Ford Lincoln Fort Atkinson, Inc.**
**1642 Janesville Avenue**
**Fort Atkinson, WI 53538**

**Jim Olson Ford Lincoln, LLC**
**440 South Duluth Avenue**
**Sturgeon Bay, WI 54235**

**Kayser Ford, Inc., dba Kayser Lincoln**
**2303 West Beltline Highway**
**Madison, WI 53713**

**Kunes Country Ford-Lincoln, Inc.**
**1234 East Geneva Street**
**Delavan, WI 53115**

**Lidtke Motors, Inc.**
**701 Park Avenue**
**Beaver Dam, WI 53916**

**The Motor Company, Inc.**
**dba Lincoln of Marinette**
**W1680 US Highway 41**
**Marinette, WI 54143**

**Uptown Motors, Inc.**
**2111 N. Mayfair Road**
**Milwaukee, WI 53226**

**V & H Automotive, Inc.**
**2414 North Central Avenue**
**Marshfield, WI 54449**

Y & D Corp.
dba Dorsch Lincoln
2641 Eaton Road
Green Bay, WI 54311,

        **Plaintiffs,**

**v.**

**Ford Motor Company**
**dba Lincoln Motor Company**
**One American Road**
**Dearborn, Michigan 48126,**

        **Defendant.**

---

### STIPULATION FOR DISMISSAL
### OF PLAINTIFFS DAHL AUTOMOTIVE ONALASKA INC., DBA DAHL LINCOLN, GARBO MOTOR SALES, INC., DBA GARBO LINCOLN, GRIFFIN FORD LINCOLN FORT ATKINSON, INC., KAYSER FORD, INC., DBA KAYSER LINCOLN, THE MOTOR COMPANY, INC., DBA LINCOLN OF MARINETTE, UPTOWN MOTORS, INC., AND V&H AUTOMOTIVE, INC.

---

  WHEREFORE plaintiffs Dahl Automotive Onalaska Inc., dba Dahl Lincoln, Garbo Motor Sales, Inc., dba Garbo Lincoln, Griffin Ford Lincoln Fort Atkinson, Inc., The Motor Company, Inc., dba Lincoln of Marinette, and V&H Automotive, Inc. desire to voluntarily dismiss their claims against Defendant Ford Motor Company, dba Lincoln Motor Company ("Ford") <u>with prejudice</u> and without costs; and

  WHEREFORE Ford does not object to the voluntary dismissal <u>with prejudice</u> of only the plaintiffs Dahl Automotive Onalaska Inc., dba Dahl Lincoln, Garbo Motor Sales, Inc., dba Garbo Lincoln, Griffin Ford Lincoln Fort Atkinson, Inc., The Motor Company, Inc., dba Lincoln of Marinette, and V&H Automotive, Inc.; and

WHEREFORE plaintiffs Kayser Ford, Inc., dba Kayser Lincoln, and Uptown Motors, Inc. desire to voluntarily dismiss their claims against Ford <u>without prejudice</u> and without costs; and

WHEREFORE Ford does not object to the voluntary dismissal <u>without prejudice</u> of Kayser Ford, Inc., dba Kayser Lincoln, and Uptown Motors, Inc.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1. All claims brought by plaintiffs Dahl Automotive Onalaska Inc., dba Dahl Lincoln, Garbo Motor Sales, Inc., dba Garbo Lincoln, Griffin Ford Lincoln Fort Atkinson, Inc., The Motor Company, Inc., dba Lincoln of Marinette, and V&H Automotive, Inc may be dismissed against Ford <u>with prejudice</u> and without costs to any party; and

2. All claims brought by plaintiffs Kayser Ford, Inc., dba Kayser Lincoln, and Uptown Motors, Inc. may be dismissed against Ford <u>without prejudice</u> and without costs to any party; and

3. The only remaining plaintiffs in this case are Jim Olson Ford Lincoln, LLC, Kunes Country Ford-Lincoln, Inc., Lidtke Motors, Inc., and Y&D Corp., dba Dorsch Lincoln, and the caption should be amended as such without further notice.

Respectfully submitted this 10th day of February, 2022.

| BOARDMAN & CLARK LLP | DYKEMA GOSSETT PLLC |
|---|---|
| By: | By: |
| /s/ *Paul R. Norman* | */s/ Robert H. Ellis* |
| Paul R. Norman – State Bar No. 1013662 | Robert H. Ellis – State Bar No. 1057332 |
| pnorman@boardmanclark.com | rellis@dykema.com |
| Sarah J. Horner – State Bar No. 1113185 | Theresa Munaco |
| shorner@boardmanclark.com | tmunaco@dykema.com |
| 1 South Pinckney Street, Suite 410 | 39577 Woodward Ave, Suite 300 |
| P.O. Box 927, Madison, WI  53701-0927 | Bloomfield Hills, MI 48304 |
| Phone: (608) 257-9521 | Phone: (248) 203-0700 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |