IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIM OLSON FORD LINCOLN, LLC,
KUNES COUNTRY FORD-LINCOLN, INC.,
LIDTKE MOTORS, INC., and Y & D CORP.
d/b/a DORSCH LINCOLN,

    Plaintiffs,

v.

FORD MOTOR COMPANY
d/b/a LINCOLN MOTOR COMPANY,

    Defendant.

Case No.  20-cv-932-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Ford Motor Company d/b/a Lincoln Motor Company against plaintiffs Jim Olson Ford Lincoln, LLC, Kunes Country Ford-Lincoln, Inc., Lidtke Motors, Inc., and Y & D Corp d/b/a Dorsch Lincoln dismissing this case with prejudice.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 3/1/2022 |
| Peter Oppeneer, Clerk of Court | Date |