UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**JIM OLSON FORD LINCOLN, LLC,**
**KUNES COUNTRY FORD-LINCOLN, INC.,**
**LIDTKE MOTORS, INC., and Y & D CORP.**
**d/b/a DORSCH LINCOLN,**

                     Case No. 20-cv-932-jdp

      **Plaintiffs,**

v.

**FORD MOTOR COMPANY**
**d/b/a LINCOLN MOTOR COMPANY,**

      **Defendant.**

---

### NOTICE OF APPEAL

---

  NOTICE IS HEREBY GIVEN that the plaintiffs, Jim Olson Ford Lincoln, LLC, Kunes Country Ford-Lincoln, Inc., Lidtke Motors, Inc., and Y & D Corp., d/b/a Dorsch Lincoln, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the U.S. District Court for the Western District of Wisconsin's judgment dated March 1, 2022 (Dkt. 97), as well as from all other opinions, orders, and rulings that underlie that judgment, including but not limited to the opinion and order entered on February 28, 2022 (Dkt. 96).

  DATED: March 28, 2022.

                BOARDMAN & CLARK LLP
                By:
                /s/ *Paul R. Norman*
                Paul R. Norman – State Bar No. 1013662
                pnorman@boardmanclark.com
                Sarah J. Horner – State Bar No. 1113185
                shorner@boardmanclark.com
                1 S. Pinckney Street, Suite 410, P.O. Box 927
                Madison, WI  53701-0927
                Phone: (608) 257-9521, Fax: (608) 283-1709
                *Counsel for Plaintiffs*